**Order filed August 1, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00900-CR
_____

**BOBBY EARL WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 183rd District Court
Harris County, Texas
Trial Court Cause No. 1355107**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 3, a recording of a 911 call.**

The clerk of the 183rd District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 3, a recording of a 911 call, on or before **August 11, 2016.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 3, a recording of a 911 call, to the clerk of the 183rd District Court.

PER CURIAM